**STIP**
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL VOGEL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No:  2:14-cv-01642-RFB-VCF |

**STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL CLAIMS (BAD FAITH, VIOLATION OF UNFAIR CLAIMS PRACTICES ACT AND PUNITIVE DAMAGES)**

IT IS HEREBY STIPULATED by and between Plaintiff, MICHAEL VOGEL, by and through his attorney of record, DEREK K. NELSON, ESQ., of the law firm of CRAM VALDEZ BRIGMAN & NELSON, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad faith and violation of Nevada's Unfair Claims Practices Act), punitive damages, and any other claims involving claims outside of

/ / /

/ / /

the contractual relationship between State Farm and MICHAEL VOGEL are hereby dismissed, without prejudice.

DATED this ____ day of May, 2015.

**CRAM VALDEZ BRIGMAN & NELSON**

By_____
Roger M. Cram, Esq.
Nevada Bar No 006612
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-0700
Facsimile: (702) 255-2159
**Attorneys for Plaintiff
Michael Vogel**

DATED this 12 day of May, 2015.

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone :(702) 839-1100
Facsimile: (702) 839-1113
**Attorneys for Defendants
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED this 1st day of June, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
**Attorneys for Defendants
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

1  the contractual relationship between State Farm and MICHAEL VOGEL are hereby dismissed,
2  without prejudice.
3  DATED this 21st day of May, 2015.    DATED this 12 day of May, 2015.
4  **CRAM VALDEZ BRIGMAN & NELSON**        **DENNETT WINSPEAR, LLP**

By /s/ #12051                             By /s/ 9157
Roger M. Cram, Esq.                       RYAN L. DENNETT, ESQ.
Nevada Bar No 006612                      Nevada Bar No. 005617
8831 West Sahara Avenue                   3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89117                   Las Vegas, Nevada 89129
Telephone: (702) 255-0700                 Telephone :(702) 839-1100
Facsimile: (702) 255-2159                 Facsimile: (702) 839-1113
*Attorneys for Plaintiff*                 *Attorneys for Defendants*
*Michael Vogel*                           *STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED this _____ day of _____, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By /s/ 9157
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
*Attorneys for Defendants*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

2